UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08- |
| | : | Mag. No. 08-0016 |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| AHMED H. TAHIR, | : | |
| | : | 18 U.S.C. §1035 (False Statements |
| | : | Relating to Health Care Matters); |
| Defendant. | : | 22 DC Code §§ 22-3211, 22-3212(b) |
| | : | (Second Degree Theft). |

# I N F O R M A T I O N

The United States Attorney informs the Court:

## COUNT ONE
## FALSE STATEMENTS RELATING TO HEALTH CARE MATTERS

### Introduction

At all times material to this Information:

1. Medicaid was a health care benefit program, jointly funded by the federal government and the District of Columbia, created to provide medical assistance and other benefits for certain individuals and families, typically those with low incomes and a lack of financial resources. In the District of Columbia, the Medicaid program was administered by the Medical Assistance Administration, which was an agency within the District of Columbia's Department of Health. Medicaid was a "health care benefit program" in that it was a public plan, affecting commerce, under which medical benefits, items, and services were provided to individuals.

2. Under the District of Columbia's Medicaid Program, transportation was provided, if requested and the medical necessity was established, to all eligible Medicaid recipients who sought medical care and services covered under the program. Thus, Medicaid paid companies to transport

Medicaid recipients to medical appointments, health care services, and day treatment programs, if the transportation requests were authorized in advance, and if the transportation services were actually provided.

3. The defendant, AHMED H. TAHIR, was the owner of SAB Transit and a transportation provider with Medicaid; in or about December 2003, defendant TAHIR signed D.C. Medicaid transportation provider application documents as the "responsible party for complying with conditions of participation" and as "authorized agent" doing business as SAB Transit.

**False Statements**

4. On or about August 21, 2007 in the District of Columbia, the defendant AHMED H. TAHIR, in a matter involving a health care benefit program, knowingly and willfully made materially false, fictitious and fraudulent statements and representations and made and used materially false writings and documents knowing that same to contain materially false, fictitious, and fraudulent statements and entries in connection with the delivery of and payment for health care benefits, items, and services, to wit: AHMED H. TAHIR submitted a false and fraudulent bill to D.C. Medicaid requesting payment for transportation services purportedly performed on August 17, 2007 (purportedly for a Medicaid recipient identified in these proceedings as M.M.), knowing that neither he nor his company provided transportation services to M.M. on that date.

**(False Statements Relating to Health Care Matters, in Violation
of Title 18, United States Code, Section 1035)**.

**COUNT TWO**

**(THEFT IN THE SECOND DEGREE)**

1. Paragraphs 1 through 3 of Count One of this Information are realleged and

incorporated by reference as if set out in full.

2. From between in or March 2004, until in or about October 2007, in a continuing course of conduct, in the District of Columbia, defendant AHMED H. TAHIR wrongfully obtained property, that is money, by false pretenses from health care benefit programs with the intent to appropriate the property to his own use and to the use of third persons.

**(Theft in the Second Degree, in violation of Title 22, District of Columbia Code, Sections 3211(b)(2) and 3212(b)).**

JEFFREY A. TAYLOR

United States Attorney
for the District of Columbia

By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar # 411980
Virginia.cheatham@usdoj.gov
THOMAS E. ZENO
Assistant United States Attorney
D.C. Bar # 348623
United States Attorneys Office
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732