UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  08-250** |
| | : | |
| v. | : | |
| | : | |
| **AHMED H. TAHIR** | : | |
| | : | |
| **Defendant.** | | |

### NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant United States Attorney Virginia Cheatham.  This is a notice that Assistant United States Attorney Thomas E. Zeno, Bar Number 348623, telephone number (202) 514-6957, is entering appearance as co-counsel in this same matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No.  498610


/s/ *Thomas E. Zeno*
_____
THOMAS E. ZENO
 D.C. Bar. No. 348623
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-6957
Thomas.Zeno@usdoj.gov