Case No. 08-250 (PLF)

United States of America

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

v.

AHMED HAMZA TAHIR

Defendant's name                                                                    Defendant's phone no.

## YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

| PERSONAL PROMISE | ☑ | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court. |
|---|---|---|
| | ☐ | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. |
| PL | ☐ | **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court_____%. |
| | ☐ | **SURETY BOND.** Upon execution of appearance bond with approved surety. |

FILED
SEP - 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

| ☐ 1) | SUPER-VISORY CUSTODY | You hereby agree to be placed in the custody of _____ who agrees (a). to supervise you in accordance with the conditions below, (b). to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c). to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone — 727-2800. | Custodian's name _____ Custodian's address _____ |
|---|---|---|---|

SIGNATURE OF CUSTODIAN ►                    Custodian's phone no.

| ☑ 2) | YOU ARE TO REPORT | ☑ weekly ☐ ____ other-specify | ☐ in person ☑ by phone | **TO** | ☑ THE D.C. PRETRIAL SERVICES AGENCY AT 727-2800. ☐ Your attorney, whose name and address is shown below. | 442-1000 |
|---|---|---|---|---|---|---|

| ☑ 3) | YOU ARE TO LIVE | ☑ at _above address_ | | address                   phone no. |
|---|---|---|---|---|
| | | ☐ with _verify address w/ PSA within 24 hours_ | name and relationship to defendant      phone no. |
| | | ☐ at _any change of address_ being in at night by_____ P.M. | address      phone no.      time |

| ☐ 4a) | YOU ARE TO WORK | ☐ by obtaining a job within_____ days and reporting it to the D.C. Pretrial Services Agency at 727-2800. |
|---|---|---|
| | | ☐ by maintaining your job at _____ Employer's name and address |
| ☐ 4b) | YOU ARE TO STUDY | ☐ by enrolling in school at _____ name and address |
| | | ☐ by maintaining your student status at _____ name and address |

| ☑ 5) | YOU ARE TO STAY | ☐ away from the complaining witness. | ☑ Within the D.C. area. |
|---|---|---|---|

| ☐ 6) | NARCOTICS | |
|---|---|---|
| ☑ 7) | OTHER CONDITION | Verify address with PSA w/in. 24 hours of any change of address / Report to PSA Room C-220 for evaluation + if positive program placement |
| ☑ 8) | REARREST | Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at $100B |

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

| NEXT DUE BACK | in Courtroom _29A_ at 11/18 ☐ AM ☑ PM on _9 AM - 11/18_ or when notified and you must appear at all subsequent continued dates. You must also appear _as directed_ | YOUR ATTORNEY _LARA QUINT_ name _625 Indiana Ave NW_ address _Washington DC 20004_    _202-208-7500_ phone no. |
|---|---|---|

| DEFENDANT'S SIGNATURE ► _____ | I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required. |
|---|---|
| WITNESSED BY _Michelle Moon_ | _Courtroom Deputy USDC_ (title and agency) |

**IMPORTANT:** YOU ARE TO NOTIFY **IMMEDIATELY** THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 727-2800, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date _9/3/08_

**SO ORDERED**

► _____
Signature of Judge