U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

**FILED**
SEP - 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA        :

v.                              :

AHMED E. TAHIR                  :    Case No.   08-250 (PLF)

                                :

                                :

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___3rd___ day of ___September 2008___ ORDERED: *a date convenient to both parties*

3. That if the defendant is released on bond that he or she be accompanied on _____ by __FBI SA Gregg Dourou & HHS SA Troy Yeager__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __601 4th Street, NW__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __FBI SA Gregg Dourou & HHS SA Troy Yeager__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate) Paul L. Friedman